IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| EISSA LUTF ABDO SAEED ABULGHAITH,<br><br>Petitioner,<br><br>vs.<br><br>WARDEN, MCCOOK; DIRECTOR, US ICE; SECRETARY, DHS; and DIRECTOR OMAHA FIELD OFFICE, ET AL,<br><br>Respondents. | **8:26CV690**<br><br>**ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYING FEES OR COSTS** |

This action by an alien for habeas corpus relief pursuant to 28 U.S.C. § 2241 is before the Court on Petitioner's Application to Proceed in District Court Without Prepaying Fees or Costs. Filing 2. Petitioner's Application was submitted on AO Form 240, which satisfies the requirements of 28 U.S.C. § 1915(a)(1), and demonstrates that Petitioner is unable to pay the fees or give security to commence this action. Accordingly,

IT IS ORDERED that Petitioner's Application to Proceed Without Prepaying Fees or Costs, Filing 2, is granted.

Dated this 10th day of November, 2026.

BY THE COURT:

Brian C. Buescher
Chief United States District Judge